FEDERAL DEFENDER'S OFFICE
EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

# memorandum

Date: February 10, 2020

To: Judy Streeter, Courtroom Deputy to
The Honorable Carolyn K. Delany

From: Noa Oren, Assistant Federal Defender

Subject: U.S. v. Ievgen Kariaka
2:20-mj-00028 KJN

---

Please move the detention hearing set for 2/13/2020 at 2:00 p.m. to 2/14/2020 at 2:00 p.m. Due to a scheduling conflict, pretrial services officer Allie Mirgain is unable to attend court on 2/13/2020. This date also works with the interpreter, Eduard Hairullin's schedule as well. There is no objection to moving this hearing from Assistant United States Attorney Mira Chernick.

Please contact me if you have any concerns.

NEO/mkb