AO 94 (Rev. 8/97) Commitment to Another District

Case 2:20-mj-00028-KJN   Document 7   Filed 02/14/20   Page 1 of 1

**FILED** 

# UNITED STATES DISTRICT COURT

### Eastern District of California

FEB 14 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. | |
| IEVGEN KARIAKA | Case No. *2:20-mj-00028 KJN |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 1:18-cr-0109 TSB-6 | 2:20-mj-00028 KJN | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

___x___ Indictment  _____ Information  _____ Complaint  _____ Other (specify)

**charging a violation of**  18  U.S.C. §  1962(d)

**DISTRICT OF OFFENSE**  Southern District of Ohio (Cincinnati)

**DESCRIPTION OF CHARGES:**
Conspiracy to Participate in Racketeering Activity

**CURRENT BOND STATUS:**
____ Bail fixed at $_____ and conditions were not met
____ Government moved for detention and defendant detained after hearing in District of Arrest
__X__ Government moved for detention and defendant detained pending detention hearing in District of Offense
____ Other (specify)

**Representation**  ____Retained Own Counsel   _X_ Federal Defender Organization   ___ CJA Attorney   ___ None

**Interpreter Required?**  ___ No  _x_ Yes   Language:   Russian

**DISTRICT OF CALIFORNIA**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

2/14/2020
Date

_____
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |