UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**February 18, 2020**

Southern District of Ohio
200 W. Second Street
Room 712
Dayton, Ohio 45402

**RE:** USA vs. IEVGEN KARIAKA
**USDC No.:** 2:20–MJ–00028–KJN

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated February 14, 2020 , transmitted herewith are the following documents:

**Electronic Documents: 1 to 7**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

/s/ **A. Coll**
Deputy Clerk

DATE RECEIVED: _____

RECEIVED BY: _____
*(Print Name)*

NEW CASE NUMBER: _____